United States District Court
For the Northern District of California



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF     CV 09 80 337 MISC

Uchenna Samuel Ogbu-Nwobodo - # 168457
_____/

### ORDER TO SHOW CAUSE

It appearing that Uchenna Samuel Ogbu-Nwobodo has been suspended for 60 days, 1 year probation with conditions by the Supreme Court of California effective October 9, 2009 and is required to pass the Professional Responsibility Examination,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Uchenna Samuel Ogbu-Nwobodo
Emeziem & Ogbu LLP
480 Roland Way Ste. 101
Oakland, CA 94621