**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

VRW
09-80337 misc

Sent To: Uchenna Samuel Ogbu-Nwobodo
Street, Apt. No.; or PO Box No. 480 Roland Way Ste-101
City, State, ZIP+4: Oakland, CA 94621

7008 1300 0000 9802 7809

PS Form 3800, August 2006 — See Reverse for Instructions

CERTIFIED MAIL™