IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Uchenna Samuel Ogbu-Nwobodo,

State Bar No 168457

No CV-09-80337 MISC VRW

ORDER

On December 17, 2009, the court issued an order to show cause (OSC) why Uchenna Samuel Ogbu-Nwobodo should not be removed from the roll of attorneys authorized to practice law before this court based on his inactive enrollment by the State Bar of California.

The OSC was mailed to Mr Ogbu-Nwobodo's address of record with the State Bar on December 22, 2009. Mr Ogbu-Nwobodo filed no response. The California State Bar and the Bar web site indicates that Mr Ogbu-Nwobodo is on active status as of December 8, 2009, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

UCHENNA S. OGBU-NWOBODO et al,

State Bar No. 168457

Case Number: CV09-80337 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Uchenna Samuel Ogbu-Nwobodo
Emeziem & Ogbu LLP
480 Roland Way
Ste. 101
Oakland, CA 94621

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk